FILED

09/25/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 23-0691

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 23-0691

_____

DETENTION OFFICERS,

      Plaintiffs and Appellants,

   v.

MISSOULA COUNTY, a political subdivision of
the State of Montana,

      Defendants and Appellees.

_____

O R D E R

Counsel for the parties move this Court to extend the stay in this proceeding to effectuate the settlement agreement.  Good cause appearing,

IT IS HEREBY ORDERED that the motion to stay is GRANTED.  The parties have until February 3, 2025, to file either a stipulation for dismissal or a report on the status of the appeal.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
September 25 2024